UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLIETT SHARPE,

                Petitioner,

-v-

PATRICK MCFARLAND ET AL.,

                Respondents.

22 Civ. 9834 (PAE) (SDA)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Honorable Stewart D. Aaron, United States Magistrate Judge, to whom this case is referred, informed the Court that petitioner stated in a telephone conference today that he wished to withdraw his petition. Accordingly, the Court dismisses the petition and respectfully directs the Clerk of Court to terminate all pending motions and close this case.

SO ORDERED.

                                         *Paul A. Engelmayer*
                                         Paul A. Engelmayer
                                         United States District Judge

Dated: April 10, 2023
       New York, New York